# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 8, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  NSO Group Technologies Limited, et al.
v. WhatsApp Inc., et al.
No. 21-1338
(Your No. 20-16408)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 6, 2022 and placed on the docket April 8, 2022 as No. 21-1338.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst