# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 9, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: NSO Group Technologies Limited, et al.
         v. WhatsApp Inc., et al.
         No. 21-1338
         (Your No. 20-16408)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                              Sincerely,

                              **Scott S. Harris**, Clerk